# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.
Joshua Dean Lipford

Case No: 5:20-cr-50-KDB-SCR-3

USM No: 02540-509

Date of Original Judgment: 01/28/2021
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Lucky Theophilus Osho
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 138 months **is reduced to** 123 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/28/2021 shall remain in effect.
**IT IS SO ORDERED**.

Signed: July 15, 2024

Kenneth D. Bell
United States District Judge

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Kenneth D. Bell
*Printed name and title*